# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:11-CR-127-DBH |
| | ) |
| ANTHONY E. ALMEIDA, III, AND | ) |
| JOHN MARTIN, | ) |
| | ) |
| DEFENDANTS | ) |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On January 9, 2012, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision on Motions to Suppress. The defendant Almeida filed his objection to the Recommended Decision on January 23, 2012. No objection has been filed by the defendant Martin. I have reviewed and considered the Recommended Decision, together with the entire record, including the suppression hearing transcript and exhibits; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The motions to suppress are **DENIED**.

**SO ORDERED.**

**DATED THIS 20TH DAY OF MARCH, 2012**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**